# IN THE SUPREME COURT OF THE STATE OF NEVADA

SANDRA CAMACHO, INDIVIDUALLY; AND ANTHONY CAMACHO, INDIVIDUALLY,

Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE NADIA KRALL, DISTRICT JUDGE,

Respondents,

and

PHILIP MORRIS USA, INC., A FOREIGN CORPORATION; RJ REYNOLDS TOBACCO COMPANY, A FOREIGN CORPORATION, INDIVIDUALLY, AND AS SUCCESSOR-BY-MERGER TO LORILLARD TOBACCO COMPANY AND AS SUCCESSOR-IN-INTEREST TO THE UNITED STATES TOBACCO BUSINESS OF BROWN & WILLIAMSON TOBACCO CORPORATION, WHICH IS THE SUCCESSOR-BY-MERGER TO THE AMERICAN TOBACCO COMPANY; LIGGETT GROUP, LLC, A FOREIGN CORPORATION; AND ASM NATIONWIDE CORPORATION, D/B/A SILVERADO SMOKES & CIGARS, A DOMESTIC CORPORATION,

Real Parties in Interest.

No. 82654 ✓

**FILED**

NOV 19 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

R.J. REYNOLDS TOBACCO COMPANY, A FOREIGN CORPORATION, INDIVIDUALLY, AND AS SUCCESSOR-BY-MERGER TO LORILLARD TOBACCO COMPANY AND AS SUCCESSOR-IN-INTEREST

No. 83724

21-33391

SUPREME COURT
OF
NEVADA

(O) 1947A

TO THE UNITED STATES TOBACCO BUSINESS OF BROWN & WILLIAMSON TOBACCO CORPORATION, WHICH IS THE SUCCESSOR-BY-MERGER TO THE AMERICAN TOBACCO COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE NADIA KRALL, DISTRICT JUDGE,
Respondents,
and
SANDRA CAMACHO, INDIVIDUALLY; ANTHONY CAMACHO, INDIVIDUALLY; PHILIP MORRIS USA, INC., A FOREIGN CORPORATION; LIGGETT GROUP, LLC, A FOREIGN CORPORATION; AND ASM NATIONWIDE CORPORATION, D/B/A SILVERADO SMOKES & CIGARS, A DOMESTIC CORPORATION,
Real Parties in Interest.

## ORDER

Cause appearing, and despite real party in interest, R.J. Reynolds Tobacco Company's opposition, petitioners' motion for a voluntary dismissal of the petition in Docket No. 82654 is granted. The petition is dismissed. NRAP 42(b). The parties to bear their own attorney fees and costs.

SUPREME COURT
OF
NEVADA

(0) 1947A

R.J. Reynolds' motions to consolidate these matters are denied as moot.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Nadia Krall, District Judge
Kelley Uustal/Fort Lauderdale
Claggett & Sykes Law Firm
Shook, Hardy & Bacon LLP/Kansas City
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC/Las Vegas
Lewis Roca Rothgerber Christie LLP/Las Vegas
Bailey Kennedy
Kasowitz Benson Torres LLP/Miami
Eighth District Court Clerk